AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**SAMUEL W. DAVIS**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 29, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .45 caliber handgun and .45 caliber.**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __DETECTIVE LAVINIA QUIGLEY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE LAVINIA QUIGLEY**
**MAJOR NARCOTICS BRANCH, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer