## STATEMENT OF FACTS

On Wednesday, June 29, 2005, at about 6:00 p.m., sworn officers with the Metropolitan Police Department's Major Narcotics Branch executed a D.C. Superior Court search warrant at xxxxx xx$^{th}$ Xxxxxx, X.X., Washington, D.C. A search of the premises revealed a loaded .45 caliber handgun, one box of .45 caliber ammunition, a green weed-like substance, loose white rock-like substance, $917.00 in U.S. Currency, and numerous empty ziplock bags. Also recovered from the premises was personal papers in the defendant's name and the above address on them. Right before officers executed the search warrant, the defendant was observed leaving out of the location. Officers placed the defendant under arrest. A portion of the white rock-like substance field tested positive for cocaine. To the best of the undersigned officer's knowledge, defendant Samuel W. Davis has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F6336-98. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. She wrote her initials on the computer print-out that she reviewed, so that she would recognize it again in the future.

_____
DETECTIVE LAVINIA QUIGLEY
MAJOR NARCOTICS BRANCH, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THE \_\_\_\_\_ DAY OF JUNE, 2005.

_____
U.S. MAGISTRATE JUDGE